## AUGUSTUS PORTER, PETER B. PORTER, BENJAMIN BARTON, SHELDON THOMPSON, JACOB TOWNSEND, ALEXANDER BRONSON AND NATHANIEL SILL, LATE PARTNERS IN TRADE UNDER THE FIRM OF SILL, THOMPSON & CO., *versus* AUSTIN E. WING, SHERIFF OF WAYNE COUNTY

JOURNAL ENTRIES (1822–26): *Journal 3:* (1) Time for filing declaration extended *p. 361; (2) motion for judgment *p. 436. *Journal 4:* (3) Continued MS p. 33; (4) motion for default overruled, motion that declaration be considered duly filed MS p. 42; (5) discontinued MS p. 95.
PAPERS IN FILE: (1) Precipe for process; (2) summons and return; (3) declaration.
*1822–23 Calendar*, MS p. 82.

## GABRIEL GODFROY, EXECUTOR, ETC., OF AGATHA POUPARD, *versus* JACOB VISGER

JOURNAL ENTRIES (1822–27): *Journal 3:* (1) Time for filing declaration extended *p. 361. *Journal 4:* (2) Continued MS p. 95; (3) death suggested MS p. 130; (4) nonsuit MS p. 136.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) copy of bond.
*1822–23 Calendar*, MS p. 83.